IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02220-PSF-PAC

RANAE SCHULTE,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF LAS ANIMAS COUNTY;
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT;
JAMES CASIAS, Las Animas County Sheriff; and
MANNY GUTIERREZ,

    Defendants.

---

**MINUTE ORDER DENYING MOTION
FOR NON-COMPLIANCE WITH LOCAL RULE**

---

BY JUDGE PHILLIP S. FIGA

    Plaintiff's Motion to Amend Caption and Complaint and Stipulation to Dismiss the Case Against Defendant' Board of County Commissioner of Las Animas County (Dkt. #25) is DENIED without prejudice for failure to comply with D.C.COLO.LCivR 7.1A, which states:

> **Duty to Confer.**  The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter.  The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

**Because plaintiff's motion does not indicate that counsel for plaintiff conferred with opposing counsel before filing this motion, the Court will hold the motion in abeyance until plaintiff's counsel certifies compliance with said local rule.**

DATED: July 13, 2005