IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.04-cv-2220-PSF-PAC

Ranae Schulte, Plaintiff

vs.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LAS ANIMAS, STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS,
MANNY GUTIERREZ,

    Defendants

## ORDER REGARDING ENLARGEMENT OF TIME

THIS MATTER COMING BEFORE THIS COURT upon the July 20, 05 motion of Plaintiff for enlargement of time of five days under Fed. R. Civ. Proc. Rule 6 (b) in which to file a Response to Defendants Casias and Gutierrez' Motion to Dismiss, and upon review of the file and responses, if any, this Court enters the following Order:

\_\_\_\_ Motion is Denied.

__X__ Motion is Granted. Plaintiff shall have *nunc pro tunc,* until July 20, 2005 in which to file a Response.

\_\_\_\_ Other: _____

SO ORDERED this 28th day of July, 2005.

                                              _/s/_
                                   District Court ~~Judge/Magistrate~~ Magistrate Judge

1