IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  04-cv-02220-PSF-PAC

RANAE SCHULTE,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LAS ANIMAS, STATE OF COLORADO; LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT; LAS ANIMAS COUNTY SHERIFF JAMES CASIAS; MANNY GUTIERREZ,

    Defendants.

## ORDER SETTING MOTIONS HEARING

THIS MATTER is before the Court *sua sponte*.  It is

ORDERED that a hearing on all pending non-discovery motions is set for **Friday, September 23, 2005 at 10:30 a.m.**, at which counsel who will argue the motions shall appear in person.

DATED:  August 12, 2005

BY THE COURT:

s/ Phillip S. Figa

Phillip S. Figa
United States District Judge