**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa**

Civil Action No. 04-cv-02220-PSF-PAC

RANAE SCHULTE,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LAS ANIMAS,
STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
LAS ANIMAS COUNTY SHERIFF JAMES CASIAS, and
MANNY GUTIERREZ,

    Defendants.

---

**ORDER ON STIPULATION FOR DISMISSAL
WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(A)**

---

    The Joint Stipulation for Dismissal With Prejudice Pursuant to Fed.R.Civ.P. 41(a) Regarding Defendant The Board of County Commissioners of the County of Las Animas, Defendant Sheriff James Casias in His Individual Capacity, and Defendant Manny Gutierrez in both his official and his individual capacities (Dkt. # 43) is GRANTED. It is

    FURTHER ORDERED that any and all claims that were asserted or could have been asserted in the above-referenced action against Defendant The Board of County Commissioners of the County of Las Animas In the State of Colorado, Defendant Sheriff James Casias in his individual capacity; and Defendant Manny Gutierrez in both his official and his individual capacities are hereby DISMISSED with prejudice with the

parties paying their own attorney fees and costs.

DATED August 19, 2005.

BY THE COURT:

s/ Phillip S. Figa

---

Phillip S. Figa
United States District Judge