**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Phillip S. Figa**

Civil Action No. 04-cv-02220-PSF-PAC

RANAE SCHULTE,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF LAS ANIMAS,
STATE OF COLORADO,
LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT,
LAS ANIMAS SHERIFF JAMES CASIAS, and
MANNY GUTIERREZ,

    Defendants.

---

**ORDER ON JOINT UNOPPOSED MOTION TO AMEND CAPTION**

---

The Joint Unopposed Motion to Amend the Caption (Dkt. # 42) is GRANTED.

All further captions shall be amended to read as follows:

Ranae Schulte, Plaintiff v. Las Animas County Sheriff's Department and Sheriff James Casias in his official capacity, Defendants.

Dated August 19, 2005.

                                  BY THE COURT:

                                  s/ Phillip S. Figa

                                  _____
                                  Phillip S. Figa
                                  United States District Judge