IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No.  04-cv-02220-PSF-PAC

RANAE SCHULTE,

      Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT and
SHERIFF JAMES CASIAS,

      Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION TO VACATE MOTIONS HEARING AND DENYING PENDING MOTIONS AS MOOT

---

THIS MATTER is before the Court on Defendants' Unopposed Motion to Vacate the Motions Hearing set for September 23, 2005 (Dkt. # 47), filed September 15, 2005.

Defendants' motion states that an earlier stipulation, filed August 18, 2005 and adopted as an Order of the Court on August 19, 2005, "disposed of all pending motions." Defendants' Motion to Vacate at 2. Therefore, the Court hereby

ORDERS that the hearing scheduled for September 23, 2005 is VACATED. Based on their representation, other motions, including Defendants' Motion to Dismiss Plaintiff's Punitive Damages Claim Pursuant to F.R.Civ.P. 12(b)(6) (Dkt. # 21) and Defendants' Motion for Sanctions Pursuant to F.R.Civ.P. 11 (Dkt. # 33), are DENIED as moot.

DATED:  September 16, 2005

BY THE COURT:

s/ Phillip S. Figa

_____
Phillip S. Figa
United States District Judge