IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-cv-02220-PSF-PAC

RANAE SCHULTE,

    Plaintiff,

v.

LAS ANIMAS COUNTY SHERIFF'S DEPARTMENT, and
SHERIFF JAMES CASIAS, in his official capacity,

    Defendants.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 71), wherein the parties request the stipulation be adopted "as an Order of the Court." Such request will be treated as a motion to dismiss with prejudice, and the Court hereby GRANTS the request. It is

ORDERED that this case is DISMISSED with prejudice, each party to bear his, her or its own costs and attorney fees.

DATED: April 5, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge